No. 04–8243. DANIELS ET UX. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–8248. SAVARESE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–8278. THACKER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–8279. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8293. SPENCER v. EASTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–8339. WOOTEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8350. VIGIL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8377. POGGEMILLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–8381. STEARNS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–8382. SCOTT v. HAINES, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 04–8404. BAKER v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8406. ROMERO-GALLARDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–8409. HRONEK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8445. LANGFORD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–8451. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.